ANTHONY H. MASON
Chapter 7 Trustee
1850 N Central Avenue Suite 930
Phoenix, Arizona 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re: ) Chapter 7
)
CLARK, JAMIE ) Case No. 2:04-bk-15440-SSC
)
) APPLICATION FOR ORDER FOR
) PAYMENT OF UNCLAIMED FUNDS
Debtor. ) TO THE U.S. BANKRUPTCY COURT
)

ANTHONY H. MASON, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | PAYEE'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10106 | October 4, 2010 | Jamie Clark<br>843 S Longmore #1017<br>Mesa, AZ 85202 | $1,083.36 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,083.36 to the Clerk of the Court to be deposited in the Registry thereof.

DATED this 29th day of April 2011.

/s/ Anthony H. Mason
ANTHONY H. MASON, TRUSTEE